

Laura Grossfield Birger
+1 212 479 6079
lbirger@cooley.com

June 17, 2016

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: United States of America v. Patrick Nayyar, 09-CR-1037**

Dear Judge Sweet:

Enclosed please find a copy of the factual stipulation reached between the parties on June 6, 2016 and the accompanying exhibits. We are also hand delivering a copy of the stipulation and exhibits to your chambers.

Respectfully submitted,

Laura Grossfield Birger

cc:   Sean S. Buckley, Esq.
      Stephen J. Ritchin, Esq.
      (via ECF)